UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60041-CIV-SINGHAL

ANN ATTIAS,

    Plaintiff,

vs.

NATIONSTAR MORTGAGE LLC
d/b/a MR COOPER,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Joint Notice of Settlement (DE [20]) filed on April 7, 2025. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal by **April 29, 2025**. The Court retains jurisdiction to enforce the terms of the settlement agreement. The Clerk of Court shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**. All deadlines and hearings are **CANCELLED.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 8th day of April 2025.

                                                      RAAG SINGHAL
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF